[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 13, 2007
THOMAS K. KAHN
CLERK

_____

No. 05-16146
Non-Argument Calendar

_____

D. C. Docket No. 99-00152-CR-01-JEC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LORENZO SOTELO-CAMACHO,
a.k.a. Lorenzo Camacho,
a.k.a. Lorenzo Sotelo,

Defendant-Appellant.

_____

No. 05-16158
Non-Argument Calendar

_____

D.C. Docket No. 05-00040-CR-01-JEC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LORENZO SOTELO-CAMACHO,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Georgia

_____

**(February 13, 2007)**

Before  BLACK, CARNES and MARCUS, Circuit Judges

PER CURIAM:

Mary Erickson, appointed counsel for Lorenzo Sotelo-Camacho in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

Sotelo-Camacho's conviction, revocation of supervised release, and sentences are

**AFFIRMED**.